No. 473, Misc.  KELLY *v.* SQUIER, WARDEN.  C. C. A. 9th.  Certiorari denied.  Petitioner *pro se.  Solicitor*

*General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl* and *Joseph M. Howard* for respondent.

